97 A.3d 741

**COMMONWEALTH of Pennsylvania, Appellee**

**v.**

**Gregorio TORO, III, Appellant.**

Supreme Court of Pennsylvania.

Submitted June 4, 2014.

Decided Aug. 18, 2014.

Robert Elinar Sletvold, Esq., for Gregorio Toro, III.

Rebecca J. Kulik, Esq., Northampton County District Attorney's Office, John Michael Morganelli, Esq., for Commonwealth of Pennsylvania.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, MCCAFFERY, STEVENS, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of August, 2014, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**